IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**RONALD LEE KIDWELL,**

    **Plaintiff,**

    v.                                                                                                   CASE NO. 22-3274-JWL-JPO

**CALVIN HAYDEN, et al.,**

    **Defendants.**

## O R D E R

Plaintiff, Ronald Lee Kidwell, is in custody at the Johnson County Adult Detention Center in Olathe, Kansas. Plaintiff filed this pro se civil rights action on October 24, 2022. Plaintiff filed a motion for leave to proceed in forma pauperis (Doc. 2).

Plaintiff is subject to the "three-strikes" provision under 28 U.S.C. § 1915(g). Court records fully establish that Plaintiff "has, on 3 or more prior occasions, while incarcerated . . . , brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted."[1] Accordingly, he may proceed in forma pauperis only if he establishes a threat of imminent danger of serious physical injury. *Id*.

Plaintiff alleges in his Complaint that Sheriff Hayden is not punishing deputies for violating the PREA Act. Plaintiff alleges that deputies are being allowed to remove their Axon

---

[1] Prior to filing the instant complaint on October 17, 2022, the Court finds at least three prior civil actions filed by Plaintiff which qualify as "strikes" under § 1915(g). *See Kidwell v. Hayden*, Case No. 20-3238, Doc. 7 (D. Kan. Dec. 1, 2020) (dismissed for failure to state a claim); *Kidwell v. Leiven*, Case No. 21-3191, Doc. 7 (D. Kan. Oct. 26, 2021) (dismissed for failure to state a claim); *Kidwell v. Gray*, Case No. 21-3192, Doc. 7 (D. Kan. Oct. 5, 2021) (dismissed for failure to state a claim); *Kidwell v. Menning*, Case No. 21-3214, Doc. 4 (D. Kan. Oct. 15, 2021) (dismissed for failure to state a claim); *Kidwell v. Bounds*, Case No. 21-3218, Doc. 6 (D. Kan. Nov. 16, 2021) (dismissed for failure to state a claim); *Kidwell v. Smith*, Case No. 21-3221, Doc. 5 (D. Kan. Oct. 15, 2021) (dismissed for failure to state a claim); *Kidwell v. Shelton*, Case No. 21-3233, Doc. 7 (D. Kan. March 7, 2022) (dismissed for failure to state a claim).

body cameras while on duty. He alleges that "[i]t is very degrading when a male deputy says or does something that is not natural to say or do to another male. It is quite disgusting and disrespectful." (Doc. 1, at 4.) Plaintiff has also submitted a letter to the Court (Doc. 3) indicating that numerous inmates have been laughed at when they have filed claims against deputies regarding violations of the PREA Act and sexual harassment laws. The Court has examined the Complaint and finds no showing of imminent danger of serious physical injury.

Accordingly, pursuant to § 1915(g) Plaintiff may not proceed in forma pauperis in this civil action. Plaintiff is given time to pay the full $402.00 district court filing fee[2] to the Court. If Plaintiff fails to pay the full fee within the prescribed time, the Complaint will be dismissed based upon Plaintiff's failure to satisfy the statutory district court filing fee required by 28 U.S.C. § 1914.

**IT IS THEREFORE ORDERED BY THE COURT** that Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is **denied.**

**IT IS FURTHER ORDERED** that Plaintiff is granted until **November 14, 2022,** to submit the $402.00 filing fee. The failure to submit the fee by that date will result in the dismissal of this matter without prejudice and without additional prior notice.

**IT IS SO ORDERED**.

**Dated October 26, 2022, in Kansas City, Kansas.**

> **S/ John W. Lungstrum**
> **JOHN W. LUNGSTRUM**
> **UNITED STATES DISTRICT JUDGE**

---

[2] If a person is not granted in forma pauperis status under § 1915, the fee to file a non-habeas civil action includes the $350.00 fee required by 28 U.S.C. § 1914(a) and a $52.00 general administrative fee pursuant to § 1914(b) and the District Court Miscellaneous Fee Schedule prescribed by the Judicial Conference of the United States.